

Attorneys at Law
www.gs-lawfirm.com

**Robert M. Fleischer**
Phone: (203) 285-8545 x201
Direct:  (203) 283-3369
Fax:     (203) 306-3382
rfleischer@gs-lawfirm.com

One Audubon St., 3rd Floor
New Haven, CT 06511

Admitted in New York and Connecticut

March 7, 2022

*Filed Via CM/ECF*
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application GRANTED.
SO ORDERED.
3/7/2022

*P. Kevin Castel*
United States District Judge

Re:   CFS 12 Funding LLC *et al*. v. Jeremy L. Wiesen
      Case No. 1:21-cv-09711

Dear Judge Castel:

I am counsel of record in the above-reference action to CFS 12 Funding LLC and AC Manager LLC (jointly, the "Petitioners").  This is a proceeding to confirm an arbitration award under the Federal Arbitration Act (9 U.S. C. § 9).

Following a status conference conducted before Your Honor on February 3, 2022, the Court set a schedule for Petitioners' anticipated motion to confirm arbitration award.  See Minute Entry for February 3, 2022.  Pursuant to that schedule, Petitioners were to file their motion to confirm by March 3, 2022; Respondent Jeremy L. Wiesen was to file his response on April 4, 2022 and Petitioners would file a reply on April 22, 2022. Unfortunately, due to my error, I mis-calendared the due date for Petitioners' opening motion for March 11, 2022 instead of March 3, 2022.  As a consequence, Petitioners did not file their motion to confirm on March 3rd as required.  I apologizes to the Court and to respondent Jeremy L. Wiesen for this error.  Petitioners are filing their motion to confirm and opening memorandum with supporting papers today, March 7, 2022.

Petitioners respectfully requests that the Court modify the schedule related to the motion to confirm, as follows: Petitioners' motion to confirm, with supporting papers, will be due on March 7, 2022;  Respondent Jeremy L. Wiesen's  response will be due on April 8, 2022, and Petitioners will have until April 26, 2022 to file a reply.

Other than the schedule related to the motion to confirm arbitration award, no other dates have been set in this case. Consequently, the scheduling modification requested herein will effect no other dates in this case.

Hon. P. Kevin Castel
March 7, 2022
Page 2

      There have been no prior requests made by any party to modify the schedule related to Petitioners' motion to confirm arbitration award. I have not yet been able to ascertain respondent Jeremy L. Wiesen's position on this request. Earlier today (March 7, 2022) I made written (email) inquiry of Mr. Wiesen concerning the relief requested herein. However, as of the time of filing this request, I have not yet received a response from Mr. Wiesen. I will update the Court if and when I receive a response.

      Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    */s/ Robert M. Fleischer*

                                    Robert M. Fleischer

cc: Jeremy L. Wiesen (via email)

{00256661.2 }