UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CFS 12 FUNDING LLC and AC MANAGER LLC,

                           Petitioners,                        21-cv-9711 (PKC)

        -against-                                    ORDER

JEREMY L. WIESEN ,

                           Respondent.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        A motion to confirm arbitration has been pending since March 7, 2022. (ECF 21.) After the death of respondent Jeremy L. Wiesen, the Court denied without prejudice the petitioners' motion to substitute the decedent's son Gavin Wiesen as the respondent and granted petitioners leave to take discovery in support of a possible renewed motion for substitution. (ECF 45, 47.)

        The motion to confirm arbitration is terminated without prejudice to renewal in the event that petitioners successfully move for substitution. The Clerk is respectfully directed to terminate the motion. (ECF 21.)

        SO ORDERED.

                                                                     P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       March 8, 2023