UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CFS 12 FUNDING LLC and AC MANAGER LLC,

                         Petitioners,                      21-cv-9711 (PKC)

      -against-                                ORDER

GAVIN WIESEN, Solely in His Capacity as De Facto Personal Representative of the Estate of JEREMY L. WIESEN,

                         Respondent.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Petitioners filed a renewed Motion to Confirm Arbitration on June 15, 2023. (ECF 55.) Gavin Wiesen may respond by August 16, 2023 and petitioners may reply by August 30, 2023.

       SO ORDERED.

                                              P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
        July 19, 2023

COPY MAILED TO:

Gavin Wiesen
254 East 68th Street
New York, NY  10065